| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Fallon, Sherry R. | 2. Court or Organization U.S. District Court - Delaware | 3. Date of Report 05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, Full Time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

J. Caleb Boggs Federal Building
844 N. King Street
Unit 14, Room 3124
Wilmington, DE 19801-3555

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director (Through 4/24/12) | Tybout, Redfearn & Pell (Former Law Firm) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/24/12 | Tybout, Redfearn & Pell Stock Redemption Agreement - Former Law Firm's redemption of equity interest over 3 year period for a fixed sum, no profit sharing |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fallon, Sherry R. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Tybout Redfearn & Pell (Former Law Firm) - Salary | $32,958.31 |
| 2. 2012 | Tybout Redfearn & Pell (Former Law Firm) - Equity Redemption | $20,965.06 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self Employed Attorney |
| 2. 2012 | Newark Properties, LLC (rental income from property owned by Law Firm) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Phase I Orientation for Newly Appointed Magistrate Judges | 08/20/2012 to 08/24/2012 | San Antonio, TX | New Judges School | Hotel; Transportation and food |
| 2. | Phase II Orientation for Newly Appointed Magistrate Judges | 10/01/2012 to 10/05/2012 | Washington, D.C. | New Judges School | Hotel; Transportation and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fallon, Sherry R.** | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Association, DE Chapter | Contribution towards Investiture Reception | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | Tuition | K |
| 3. | | Tuition | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fallon, Sherry R. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company Common Stock (X) | B | Dividend | K | T | | | | | |
| 2. McDonalds Common Stock (X) | A | Dividend | J | T | | | | | |
| 3. Adidas (formerly Reebok) Common Stock (X) (Y) | | | | | | | | | |
| 4. Fidelity 529 Plan - Delaware Portfolio 2012 (X) | D | Dividend | M | T | | | | | |
| 5. Fidelity 529 Plan - Delaware Portfolio 2018 (X) | D | Dividend | L | T | | | | | |
| 6. American Funds - American Balanced Fund Class B (X) (Y) | | | | | | | | | |
| 7. Emjay Tybout Redfearn & Pell 401(K) Plan (X) | D | Dividend | O | T | | | | | |
| 8. -American Funds Growth Fund of America A | | | | | | | | | |
| 9. -American Funds American Balanced Fund A | | | | | | | | | |
| 10. -American Funds Euro-Pacific Growth Fund A | | | | | | | | | |
| 11. - American Funds SMALLCAP World Fund A | | | | | | | | | |
| 12. Franklin Templeton - Templeton Growth Fund Class A (X) | A | Dividend | J | T | | | | | |
| 13. New York Life - Whole Life Insurance Pollicy (X) | B | Dividend | L | T | | | | | |
| 14. Lincoln National Life Insurance - Universal Life Policy (X) | A | Interest | K | T | | | | | |
| 15. PNC - Accounts (X) | A | Interest | K | T | | | | | |
| 16. U.S. Savings Bonds (X) | B | Interest | K | T | Redeemed (part) | 12/31/12 | J | B | |
| 17. IRA - (X) | F | Dividend | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fallon, Sherry R. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard International Growth | | | | | | | | | |
| 19. -Vanguard International Value | | | | | | | | | |
| 20. -Vanguard Explorer | | | | | | | | | |
| 21. -Vanguard Growth Equity | | | | | | | | | |
| 22. -Vanguard Long Term Investment Growth | | | | | | | | | |
| 23. -Vanguard Morgan Growth | | | | | | | | | |
| 24. -Vanguard Small Cap Value Index | | | | | | | | | |
| 25. -Vanguard Target Retirement 2035 | | | | | | | | | |
| 26. -Vanguard Total Stock Market Index | | | | | | | | | |
| 27. -Vanguard Windsor | | | | | | | | | |
| 28. -Vanguard Windsor II | | | | | | | | | |
| 29. Mass Mutual 401(K) (X) | F | Dividend | O | T | | | | | |
| 30. -Select PIMCO Total Return | | | | | | | | | |
| 31. -Select Large Cap Value (Colum Huber) (formerly Davis) | | | | | | | | | |
| 32. -Fundamental Value (Pioneer) (formerly known as Cullen) | | | | | | | | | |
| 33. -Select Focused Value (Harris) (formerly known as Honis) | | | | | | | | | |
| 34. -Growth (William Blair) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Mid - Cap Value (CRM) | | | | | | | | | |
| 36. -Invesco Mid - Cap Core Equity | | | | | | | | | |
| 37. -TRP/Frontier Select Mid - Cap Growth II | | | | | | | | | |
| 38. -William Blair Small Cap Growth | | | | | | | | | |
| 39. -American EuroPacific Growth | | | | | | | | | |
| 40. Wells Fargo - Accounts (X) | A | Interest | M | T | | | | | |
| 41. Capital One (formerly ING)- Account (X) | A | Interest | M | T | | | | | |
| 42. WSFS - Account (X) | A | Interest | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fallon, Sherry R. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII
Line 6. "American Funds - American Balanced Fund Class B" - This fund was reported in error on the initial report.  I hereby certify that this asset is owned by a relative _____ as a gift _____ and the gift has no relationship to my position as a Judicial Employee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sherry R. Fallon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544